**No. 10-6617. Isaac Jones, Petitioner v. Texas Department of Criminal Justice, et al.**

562 U.S. 1252, 131 S. Ct. 1560, 179 L. Ed. 2d 366, 2011 U.S. LEXIS 1192.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1068, 131 S. Ct. 687, 178 L. Ed. 2d 490, 2010 U.S. LEXIS 9128.